

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4-23CR-035-O |
| MEHDI DARIGAN (01) | |

## INDICTMENT

The Grand Jury Charges:

### Count One
### Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

Beginning at least as early as in or about March 2021 and continuing through in or about March 2022, in the Fort Worth Division of the Northern District of Texas and elsewhere, defendant **Mehdi Darigan**, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), namely, to possess with intent to distribute a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(C)).

<u>Count Two</u>
Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

On or about September 14, 2021, in the Fort Worth Division of the Northern District of Texas, defendant **Mehdi Darigan** possessed with intent to distribute a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

A TRUE BILL.

*[signature]*
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*[signature]*
MATTHEW WEYBRECHT
Assistant United States Attorney
State Bar of Texas No. 24102642
Telephone: 817-252-5200
Fax: 817-252-5455
Email: matthew.weybrecht@usdoj.gov

Indictment – Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

MEHDI DARIGAN (01)

INDICTMENT

21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(C)
Conspiracy to Possess with Intent to Distribute a Controlled Substance
Count 1

21 U.S.C. §§ 841(a)(1) and (b)(1)(C)
Possession with Intent to Distribute a Controlled Substance
Count 2

A true bill rendered

FORT WORTH                                        FOREPERSON

Filed in open court this 15th day of February, 2023.

**Warrant to be Issued**

_____
UNITED STATES MAGISTRATE JUDGE
No Pending Criminal Matter